```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 06-14054-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSE GUERRA,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on July 27, 2007. A Report and Recommendation was filed on August 9, 2007, recommending payment in the amount of $7,372.50 as to voucher number FLS061357. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of August, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Valentin Rodriguez, Esq.